453 A.2d 333

**COMMONWEALTH of Pennsylvania**

v.

**Frank JENKINS, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 7, 1982.

Decided Dec. 29, 1982.

Barry F. Greenberg, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Asst. Dist. Atty., Chief, Appeals Div., Alan Sacks, Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Judgment of sentence affirmed.